6/21/2019

Arlene R. Atherton

V.

Salt Lake City
Utah State University Police
St. Mark's Hospital

Complaint.

FILED
U.S. DISTRICT COURT
2019 JUL -9 D 1: 33
DISTRICT OF UTAH
RECEIVED CLERK
BY:
JUN 27 2019
DEPUTY CLERK
U.S. DISTRICT COURT

Case: 2:19-cv-00451
Assigned To : Stewart, Ted
Assign. Date : 6/27/2019
Description: Atherton v. Salt Lake City, et al

Ms. Atherton submits this Complaint to Utah Federal District Court regarding "false arrest" due to the denial of accommodation of her Traumatic Brain Injury. The subject of the U.S. Supreme Court appeals being printed at the Marriott Library. This Criminal Charge can affect Ms. Atherton's ability to conduct TBIRA - Traumatic Brain Injury Recovery Association, and other Truist

and "Working VISA" in another Country. 2 of 2

This is defamation & considers Ms. Atherton presumed to be a chemist & Pro Se Attorney for TBIRA is a fraud. Police officer fails to take into account 751 - APA-1990 §12101

Respectfully Submitted,

Arlene R. Atherton, Pro Se
17 E. Monroe
Chicago, IL
60603


Exhibit A - Memorandum 2019
Exhibit B - Interference w/ Supreme Court filing - Lost documents
Exhibit C - No Cash to print at Marriott Library.